IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Triangle Warehouse, Inc. *a Minnesota corporation,* Benchmark Logistics, LLC, *a Minnesota limited liability company,* and Cue Properties, LLC, *a Minnesota limited liability company,* | COURT FILE NO. 21-cv-2305 |
| Plaintiffs, | **NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| v. | |
| City of Minneapolis, *a Minnesota city,* and Hennepin County, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby give notice that they voluntarily dismiss the claims asserted against Defendants in the above-captioned matter, without prejudice, and with the parties to bear their own fees and costs.

|   |   |
|---|---|
| | MOSS & BARNETT A Professional Association |
| Dated: November 18, 2021 | By: */s Matthew P. Kostolnik* Matthew P. Kostolnik (#0310669) Aaron P. Minster (#0399342) 150 South Fifth Street, Suite 1200 Minneapolis, MN 55402 Telephone: (612) 877-5000 E-mail:  matt.kostolnik@lawmoss.com   aaron.minster@lawmoss.com *Attorneys for Plaintiffs* |

7489088v1